Rod Danielson
Chapter 13 Trustee
4361 Latham Ave., Suite 270
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To:     Clerk, U.S. Bankruptcy Court

Re:     UNDISTRIBUTED FUNDS

Case No.:   6:08-bk-25189-DS

Debtor(s):  DANIEL LEROY CANALES
            ERIN LYNNE CANALES
            PO BOX 280
            CRESTLINE, CA 92325

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| DANIEL LEROY CANALES<br>P.O. BOX 280<br>CRESTLINE, CA 92325 | $40.16 |

Dated: 11/8/10

_____
Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

| | ROD DANIELSON Chapter 13 Trustee | | | | | |
|---|---|---|---|---|---|---|
| Payee: | US BANKRUPTCY COURT | | | | Date: Nov 08, 2010 | |
| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
| 0825189 | DANIEL LEROY & ERIN LYNNE CANALES | | 00000 | 40.16 | 0.00 | 40.16 |

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT    TOTALS:    40.16    0.00    40.16

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000

DANIEL LEROY CANALES
ERIN LYNNE CANALES
BALANCE:    [0.00  Claim:00000]
ACCT:
PRINCIPAL: 40.16

16-4430
1220

CASE: 0825189
INTEREST: 0.00

**1ST ENTERPRISE BANK**
818 West Seventh St., #220
Los Angeles, CA 90017

CHECK NUMBER
0329847

CHECK DATE    AMOUNT
Nov 08, 2010    *********40.16**
VOID 45 DAYS FROM DATE

PAY    Forty And 16 / 100 Dollars

TO THE
ORDER OF    **US BANKRUPTCY COURT**
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

Rod Danielson

⑆0329847⑆ ⑉122044300⑉ ⑆030⑈100078⑆

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS. COLOR WILL FADE AND RETURN ON AN AUTHENTIC CHECK.